UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

**Hon. Hugh B. Scott**

05MJ2032

**Order**

RAYMONDA SHALLOWHORN,

Defendant.

Before the Court is defendant's motion for early termination of defendant's probation (Docket No. 13, June 28, 2006).  On March 18, 2005, defendant plead guilty to a single count Information charging her with knowingly converting to her own use money of the United States, to wit student loan proceeds of $9,750, in violation of 18 U.S.C. § 641.  On June 15, 2005, she was sentenced to a three-year term of probation, restitution of $9,750, and payment of the special assessment.  (See Docket No. 13, Def. Atty. Affirm. ¶¶ 2, 3.)  This term of probation ends in June 2008.  Defendant now moves to terminate probation in that she has paid restitution and the special assessment in full (id. ¶¶ 4, 7; Docket No. 12, Satisfaction of Judgment).

The Government did not file a response to this motion, but defendant concedes that the United States Probation Office opposes this request due to one non-compliance report (unauthorized travel outside of the district to visit her then-boyfriend incarcerated at the Clinton Correctional Facility, whom defendant has subsequently married (Docket No. 13, Def. Atty. Affirm. ¶ 8)), and the Government joins in that opposition (Docket No. 13, Def. Atty. Affirm.

¶¶ 8, 9; <u>see</u> Docket No. 14, minute entry July 19, 2006).  The motion was argued on July 19,

2006, and the Court then took the motion under advisement.

Defendant's motion to terminate probation is **denied**.

So Ordered.

/s/ Hugh B. Scott
_____
Honorable Hugh B. Scott
United States Magistrate Judge

Dated: Buffalo, New York
       May 3, 2007